AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE District of RHODE ISLAND

Valerie A. DePaolo, As Administratrix of the Estate of William DePaolo, Cheryl Moran and Barry DePaolo

V.

Elizabeth Delude-Dix

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

CA 08 236 S

TO: (Name and address of Defendant)

Elizabeth Delude-Dix
1070 East Shore Road
Jamestown, RI 02835

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sheri L. Pizzi, Attorney
Matthew M. Mannix, Esq.
Taylor, Duane, Barton & Gilman, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903

an answer to the complaint which is served on you with this summons, within twenty days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

June 13, 2008

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE July 1, 2008 |
|---|---|
| NAME OF SERVER (PRINT) Thomas M. Clarke | TITLE United States Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

Received by: Elizabeth Delude Dore
Date: July 1, 2008
4'11", 163 lbs, 50 yr old, dirty blonde thick wavy hair with highlights, wrist, light complexion, freckles

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 45.00 | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 1, 2008
Date

Thomas M. Clarke
*Signature of Server*

US PROCESS SERVER
& FULL POWERS CONSTABLE
THOMAS M. CLARKE
Lic. No. 6029 Lic. Exp. 7/31/08
TRUE COPY ATTEST

*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.