318500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| VALERIE A. DePAOLO, as Administratrix of the Estate of WILLIAM DePAOLO, CHERYL MORAN and BARRY DePAOLO, Plaintiffs, | ) | |
| v. | ) | C.A. No. 08-236S |
| ELIZABETH DELUDE-DIX, Defendant. | ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiff, Valerie A. DePaolo, as Administratrix of the Estate of William DePaolo, Cheryl Moran and Barry DePaolo, hereby move that Attorney Anthony Alan Sheffy be admitted Pro Hac Vice in the above case as counsel with local counsel identified below.

Anthony Alan Sheffy, Esq.

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Sheri L. Pizzi

Sheri L. Pizzi
R.I. Bar No. 5720
Matthew M. Mannix
R.I. Bar No. 7646
TAYLOR, DUANE, BARTON & GILMAN, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903

401.273.7171
401.273.2904 – Facsimile

## ORDER

This motion is hereby _____ GRANTED _____ DENIED

District Judge

Date